UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-23294-CIV-UNGARO-BENAGES/O'SULLIVAN

HOULIHAN LOKEY HOWARD &
ZURKIN CAPITAL, INC., a California
corporation,
    Plaintiff,

v.

THE PROTECTIVE GROUP, INC.,
    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Plaintiff's Motion to Overrule Privilege Objections to Discovery (DE # 11, 8/31/06) and the Plaintiff's Motion to Compel Production of Defendant's Internal Documents (DE # 12, 8/31/06).  Having reviewed the applicable filings and law and having held a hearing in the matter, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Production of Defendant's Internal Documents (DE # 12, 8/31/06) is GRANTED in part and DENIED in part in accordance with this order.  On or before October 31, 2006, Irving Escalante shall provide the plaintiff with a sworn statement with the details of what actions the defendant took to locate the documents that are the subject of this motion, when they took the aforementioned actions and whether there are additional records to be produced.  It is further

ORDERED AND ADJUDGED that the plaintiff's request for fees associated with this motion is granted.  On or before November 7, 2006, the defendant shall make payable to the plaintiff's law firm, the sum of $1500.00[1] for the fees associated with this Motion.  Pursuant to Fed.R.Civ.P. 37, the undersigned finds that the failure of the defendant to timely provide the

---

[1] The plaintiff is awarded 5.0 hours of fees at $300.00 per hour for a total of $1500.00.

discovery was not substantially justified.  It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion to Overrule Privilege Objections to Discovery (DE # 11, 8/31/06) is GRANTED in part and DENIED in part in accordance with this Order.  On or before October 31, 2006, the defendant shall provide the plaintiff with a new amended privilege log to include all documents to which the defendant is claiming the attorney-client privilege or the work product privilege.  The defendant shall provide a more detailed description of the privileged documents and an explanation of why the privilege is being claimed as to each document.  It is further

ORDERED AND ADJUDGED that the plaintiff's request for fees associated with this motion is granted.  On or before November 7, 2006, the defendant shall make payable to the plaintiff's law firm, the sum of $1200.00[2] for the fees associated with this Motion.  Pursuant to Fed.R.Civ.P. 37 the undersigned finds that the failure of the defendant to timely provide the discovery was not substantially justified.

DONE AND ORDERED, in Chambers, at Miami, Florida, this __26__ day of October 2006.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

U.S. District Judge Ungaro-Benages
All counsel of record

---

[2] The plaintiff is awarded 4.0 hours of fees at $300.00 per hour for a total of $1200.00.