UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 05-23294-CIV-UNGARO-BENAGES/O'SULLIVAN

HOULIHAN LOKEY HOWARD &
ZURKIN CAPITAL, INC., a California
corporation,
    Plaintiff,

v.

THE PROTECTIVE GROUP, INC.,
    Defendant.
_____/

**ORDER**

**THIS MATTER** is before the Court on the Plaintiff's Motion for Sanctions Regarding Defendant's Failure to Produce Competent Corporate Representative for Deposition (DE # 38, 11/15/06), the Defendant's Second Motion to Compel Production of Documents (DE # 43, 11/17/06), the Defendant's First Motion to Compel Plaintiff's Response to Defendant's First Set of Interrogatories (DE # 44, 11/17/06), the Plaintiff's Motion for Clarification or Reconsideration Regarding Court's Order (DE # 50, 11/29/06), the Defendant's Motion to Compel Production of Documents from Non-Party L-3 Communications Corporations (DE # 46, 11/22/06), the plaintiff's Motion for Protective Order, for Sanctions (DE # 47, 11/22/06), the Defendant's First Motion to Compel Plaintiff's Response to Defendant's Deposition Interrogatories (DE # 62, 12/14/06), the Defendant's Third Motion to Compel Production of Documents (DE # 63, 12/14/06), and the Defendant's Fourth Motion to Compel Production of Documents (DE # 65, 12/14/06). Having reviewed the applicable filings and law and having held a hearing in this matter, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion for Sanctions Regarding Defendant's Failure to Produce Competent Corporate Representative for Deposition (DE # 38, 11/15/06) is GRANTED in part and DENIED in part in accordance with this Order. Mr. Careaga

is precluded from testifying as to those areas for which he claimed he did not have knowledge and to which he did not provide information when questioned during his deposition.  It is further

ORDERED AND ADJUDGED that the Defendant's Second Motion to Compel Production of Documents (DE # 43, 11/17/06) is GRANTED.  The plaintiff shall produce to the defendant any and all documents responsive to the subject requests for production numbered one (1) and two (2).  After inquiring of the client and conducting a search of the documents at the law firm of plaintiff's counsel, the plaintiff shall further provide the defendant with an affidavit that all records have been produced.  It is further

ORDERED AND ADJUDGED that the Defendant's First Motion to Compel Plaintiff's Response to Defendant's First Set of Interrogatories (DE # 44, 11/17/06) is GRANTED in part and DENIED in part in accordance with this Order.  The plaintiff shall respond to the subject interrogatories and provide the defendant with the requested information regarding completed sales involving L3, Arotech, and/or Veritas.  If additional information is sought by the defendant for "incomplete" sales, the defendant shall pay for such a search.  It is further

ORDERED AND ADJUDGED that the Plaintiff's Motion for Clarification or Reconsideration Regarding Court's Order (DE # 50, 11/29/06) is DENIED in accordance with this Order.  The plaintiff shall provide the defendant with those documents it was instructed to provide pursuant to the undersigned's Order dated November 17, 2006.  It is further

ORDERED AND ADJUDGED that the Defendant's Motion to Compel Production of Documents from Non-Party L-3 Communications Corporations (DE # 46, 11/22/06) is DENIED for failure to comply with Rule 45.  It is further

ORDERED AND ADJUDGED that the plaintiff's Motion for Protective Order, for Sanctions (DE # 47, 11/22/06) is DENIED as moot.  It is further

ORDERED AND ADJUDGED that the Defendant's First Motion to Compel Plaintiff's

Response to Defendant's Deposition Interrogatories (DE # 62, 12/14/06) is GRANTED in part in accordance with this Order. The parties are to confer with respect to the subject "best of knowledge" language. If such language is prohibited, the plaintiff shall restate the subject affirmation using the appropriate language. It is further

ORDERED AND ADJUDGED that the Defendant's Third Motion to Compel Production of Documents (DE # 63, 12/14/06) is GRANTED in accordance with this Order. The plaintiff shall provide an affidavit attesting to the fact that they have provided all the subject records that were requested. It is further

ORDERED AND ADJUDGED that the Defendant's Fourth Motion to Compel Production of Documents (DE # 65, 12/14/06) is GRANTED in accordance with this Order. The plaintiff shall provide a document, under oath, from Karl Schmidt, that all documents in the subject "box" have been provided to the defendant. Further, the plaintiff shall provide the defendant with the location of those documents within the discovery responses that have been provided to the defendant. It is further

ORDERED AND ADJUDGED that there is no award of fees and costs to either party for the bringing of these motions. It is further

ORDERED AND ADJUDGED that all documents and/or affidavits and affirmations ordered to be provided pursuant to this Order shall be provided on or before February 8, 2007.

DONE AND ORDERED, in Chambers, at Miami, Florida, this  25  day of January 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Ungaro-Benages
All counsel of record